■ The People of the State of New York, Respondent, v Melissa Milke, Appellant. [833 NYS2d 421]— Appeal from a judgment of the Ontario County Court (Craig J. Doran, J.), rendered February 17, 2006. The judgment convicted defendant, upon her plea of guilty, of assault in the second degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed. Present—Scudder, P.J., Hurlbutt, Green and Pine, JJ.